**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ALEXSAM, INC. | ) | |
|     Plaintiff, | ) | Civil Action No. 2:13-cv-2 |
| | ) | |
| v. | ) | The Honorable Michael S. Schneider |
| | ) | |
| BEST BUY STORES LP | ) | The Honorable Caroline S. Craven |
|     Defendant. | ) | |
| ALEXSAM, INC. | ) | |
|     Plaintiff, | ) | Civil Action No. 2:13-cv-3 |
| | ) | |
| v. | ) | The Honorable Michael S. Schneider |
| | ) | |
| BARNES & NOBLE, INC., AND BARNES & NOBLE MARKETING SERVICES CORP. | ) ) ) | The Honorable Caroline S. Craven |
|     Defendants. | ) | |
| ALEXSAM, INC. | ) | |
|     Plaintiff, | ) | Civil Action No. 2:13-cv-4 |
| | ) | |
| v. | ) | The Honorable Michael S. Schneider |
| | ) | |
| THE GAP, INC., AND DIRECT CONSUMER SERVICES, LLC | ) ) | The Honorable Caroline S. Craven |
|     Defendants. | ) | |
| ALEXSAM, INC. | ) | |
|     Plaintiff, | ) | Civil Action No. 2:13-cv-5 |
| | ) | |
| v. | ) | The Honorable Michael S. Schneider |
| | ) | |
| J.C. PENNEY CO., INC., AND J.C. PENNEY CORP. | ) ) | The Honorable Caroline S. Craven |
|     Defendants. | ) | |

| | | |
|---|---|---|
| ALEXSAM, INC. | ) | |
|     Plaintiff, | ) | Civil Action No. 2:13-cv-6 |
| | ) | |
| v. | ) | The Honorable Michael S. Schneider |
| | ) | |
| MCDONALD'S CORP., AND | ) | The Honorable Caroline S. Craven |
| P2W, INC., NFP | ) | |
|     Defendants. | ) | |
| ALEXSAM, INC. | ) | |
|     Plaintiff, | ) | Civil Action No. 2:13-cv-7 |
| | ) | |
| v. | ) | The Honorable Michael S. Schneider |
| | ) | |
| TOYS "R" US – DELAWARE, INC., AND | ) | The Honorable Caroline S. Craven |
| TRU-SVC, LLC | ) | |
|     Defendants. | ) | |
| ALEXSAM, INC. | ) | |
|     Plaintiff, | ) | Civil Action No. 2:13-cv-8 |
| | ) | |
| v. | ) | The Honorable Michael S. Schneider |
| | ) | |
| THE HOME DEPOT, U.S.A., INC., AND | ) | The Honorable Caroline S. Craven |
| HOME DEPOT INCENTIVES, INC. | ) | |
|     Defendants. | ) | |

**JOINT NOTICE OF SUMMARYJUDGMENT AND *DAUBERT* FILINGS
RELEVANT TO INVALIDITY AND INEQUITABLE CONDUCT**

Pursuant to the Court's Order of February 25, 2013[1], the parties hereby jointly identify the following summary judgment and *Daubert* filings that are applicable to the consolidated invalidity and enforceability trial.

---

[1] (2:13-cv-2 Dkt. No. 61; 2:13-cv-3 Dkt. No. 30; 2:13-cv-4 Dkt. No. 31; 2:13-cv-5 Dkt. No. 32; 2:13-cv-6 Dkt. No. 32; 2:13-cv-7 Dkt. No. 32; 2:13-cv-8 Dkt. No. 32.)

**Summary Judgment[2]**

(1) Alexsam's Motion For Partial Summary Judgment To Dismiss Defendants' Inequitable Conduct Defenses And Counterclaims (filed in each of the seven cases) (2:13-cv-2 Dkt. No. 23, 2:13-cv-3 Dkt. No. 22, 2:13-cv-4 Dkt. No. 23, 2:13-cv-5 Dkt.No. 24, 2:13-cv-6 Dkt. No. 23, 2:13-cv-7 Dkt. No. 24, 2:13-cv-8 Dkt. No. 24) ;

(2) Alexsam's Motion for Partial Summary Judgment That The MobilGo System Is Not Anticipatory Prior Art Or Evidence Of Conception Of The Kmart System (filed in each case except *Best Buy*) (2:13-cv-3 Dkt. No. 23, 2:13-cv-4 Dkt. No.  24, 2:13-cv-5 Dkt. No. 25, 2:13-cv-6 Dkt. No. 25, 2:13-cv-7 Dkt. 25, 2:13-cv-8, 2:13-cv-8 at Dkt. No. 25.);

(3) Alexsam's Motion For Partial Summary Judgment Dismissing Affirmative Defense Alleging That The WorldDial System Is Invalidating Anticipating Prior Art (filed in the *Best Buy* case only) (2:13-cv-2 Dkt. No. 22);

(4) Alexsam's Motion For Partial Summary Judgment To Dismiss Defendants' On-Sale Bar Defenses And Counterclaims (filed in each of the seven cases) (2:13-cv-2 Dkt. No. 16 (regarding evidence identified by Best Buy), 2:13-cv-3 Dkt. No. 14, 2:13-cv-4 Dkt. No. 15, 2:13-cv-5 Dkt. No.16, 2:13-cv-6 Dkt. No. 15, 2:13-cv-7 Dkt. No.15, 2:13-cv-8 Dkt. No.15) (regarding evidence identified by Fisch Defendants).

---

[2] Defendant Best Buy Stores, L.P. ("Best Buy") has filed a Motion for Partial Summary Judgment Regarding Laches and *Res Judicata* (2:13-cv-2 Dkt. No. 17). Best Buy believes this motion is more applicable to the Best Buy non-infringement trial than to the invalidity and unenforceability trial.  While Best Buy is aware that some opinions in this District may be read to suggest that laches is an invalidity or unenforceability-related defense, *see Eon Corp. IP Holdings, LLC v. Skytel Corp.*, No. 08-385, 2009 WL 8590963, *4 (E.D. Tex. April 29, 2009), the operative facts for the laches issues in the present cases are specific to each Defendant and its particular accused products.  Accordingly, trying the laches issues in connection with the Defendant-specific liability trials would be most efficient.

**Daubert Motions**

(1) Alexsam's *Daubert* Motion To Exclude Expert Testimony Regarding Intent Or Truthfulness As To Alleged Inequitable Conduct Affirmative Defense And Counterclaim (filed in each of the seven cases) (2:13-cv-2 Dkt. No. 20 (regarding Best Buy's expert Loftesness); 2:13-cv-3 Dkt. No. 15, 2:13-cv-4 Dkt. No. 16, 2:13-cv-5 Dkt. No. 17, 2:13-cv-6 Dkt. No.16, 2:13-cv-7 Dkt. No.16, 2:13-cv-8 Dkt. No. 16) (regarding Fisch Defendants' expert Reef);

(2) Alexsam's *Daubert* Motion To Exclude Portions Of Loftesness/Reef Opinions Re Alleged Inherency Or Obviousness (filed in each of the seven cases) (2:13-cv-2 Dkt. No. 26 (regarding Best Buy's expert Loftesness); 2:13-cv-3 Dkt. No. 21, 2:13-cv-4 Dkt. No. 22, 2:13-cv-5 Dkt. No. 20, 2:13-cv-6 Dkt. No.19, 2:13-cv-7 Dkt. No.23, 2:13-cv-8 Dkt. No. 23) (regarding Fisch Defendants' expert Reef).

| | |
|---|---|
| Date: February 28, 2013 | /s/ Alison Aubry Richards |

Timothy P. Maloney (IL 6216483)
tpmalo@fitcheven.com
Joseph F. Marinelli (IL 6270210)
jmarinelli@fitcheven.com
Alison Aubry Richards (IL 6285669)
arichards@fitcheven.com
Nicole L. Little (IL 6297047)
nlittle@fitcheven.com
David A. Gosse (IL 6299892)
dgosse@fitcheven.com
FITCH EVEN TABIN & FLANNERY, LLP
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 577-7000
Facsimile: (312) 577-7007

Steven C. Schroer (IL 6250991)
scschr@fitcheven.com
FITCH EVEN TABIN & FLANNERY, LLP
1942 Broadway, Suite 213
Boulder, Colorado 80302
Telephone: (303)402-6966
Facsimile: (303)402-6970

Harry L. Gillam, Jr.
Texas State Bar No. 07921800
gil@gillamsmithlaw.com
Melissa Richards Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Counsel for Plaintiff Alexsam, Inc.*

/s/ R. William Sigler
Alan M. Fisch
Jason Hoffman
Jeffrey Saltman
Roy William Sigler
Fisch Hoffman Sigler LLP
5335 Wisconsin Avenue NW, 8th Floor
Washington, DC 20015
Telephone: 202.362.3520
Email: alan.fisch@fischllp.com
Email: bill.sigler@ fischllp.com
Email: jason.hoffman@ fischllp.com
Email: jeffrey.saltman@ fischllp.com

Michael Charles Smith
Siebman Burg Phillips & Smith, LLP – Marshall
P.O. Box 1556
Marshall, Texas 75671-1556
Telephone: 903.938.8900
Facsimile: 972.767.4620
Email: michaelsmith@siebman.com

*Counsel for Barnes & Noble, Inc., Barnes & Noble Marketing Services Corp., The Gap, Inc., Direct Consumer Services, LLC, J.C. Penney Co., Inc., J.C. Penney Corp., McDonald's Corp., P2W Inc., NFP, Toys "R" Us—Delaware, Inc., TRU-SVC, LLC, The Home Depot, U.S.A., Inc., and Home Depot Incentives, Inc.*

/s/ Matthew D. Robson
John K. Harting
Nicole E. Kopinski
Emmett J. McMahon
ROBINS KAPLAN MILLER & CIRESI LLP
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, Minnesota 55402-2015
Telephone: 612.349.8500
Facsimile: 612.339.4181
Email: jkharting@rkmc.com
Email: nekopinski@rkmc.com
Email: ejmcmahon@rkmc.com

Robin L. McGrath
David S. Moreland
PAUL HASTINGS LLP – ATLANTA
1170 Peachtree St, NE, Suite 100
Atlanta, GA 30309
Telephone: 404.815.2400
Facsimile: 404.685.5243
Email: robinmcgrath@paulhastings.com
Email: davidmoreland@paulhastings.com

Peter J. Armenio
Matthew D. Robson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: 212.849.7000
Facsimile: 212.849.7100
Email: peterarmenio@quinnemanuel.com
Email: matthewrobson@quinnemanuel.com

Rickey L. Faulkner
COGHLAN CROWSON, LLP
P.O. Box 2665
Longview, Texas 75606-3367
Telephone: 903.375.5543
Facsimile: 903.375.6989
Email: rfaulkner@ccfww.com

*Counsel for Best Buy Stores LP*

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 28, 2013.  Any other counsel of record will be served by first class mail.

/s/ Alison Aubry Richards
*Attorney for Plaintiff, Alexsam, Inc.*