# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **ALEXAM, INC.** § | | |
| Plaintiff § | | |
| § | | |
| v. § | No. 2:13cv2 | |
| § | | |
| **BEST BUY STORES L.P.** § | | |
| Defendant § | | |

| | | |
|---|---|---|
| **ALEXAM, INC.** § | | |
| Plaintiff § | | |
| § | | |
| v. § | No. 2:13cv3 | |
| § | | |
| **BARNES & NOBLE, INC. AND** § | | |
| **BARNES & NOBLE MARKETING** § | | |
| **SERVICES, LLC** § | | |
| Defendants § | | |

| | | |
|---|---|---|
| **ALEXAM, INC.** § | | |
| Plaintiff § | | |
| § | | |
| v. § | No. 2:13cv4 | |
| § | | |
| **THE GAP, INC. AND DIRECT** § | | |
| **CONSUMER SERVICES, LLC** § | | |
| Defendants § | | |

| | | |
|---|---|---|
| **ALEXAM, INC.** § | | |
| Plaintiff § | | |
| § | | |
| v. § | No. 2:13cv5 | |
| § | | |
| **J.C. PENNEY COMPANY, INC. AND** § | | |
| **J.C. PENNEY CORPORATION** § | | |
| Defendants § | | |

| | | |
|---|---|---|
| **ALEXAM, INC.** § | | |
|     **Plaintiff** § | | |
| § | | |
| **v.** § | **No. 2:13cv6** | |
| § | | |
| **MCDONALD'S CORPORATION AND** § | | |
| **P2W, INC. NFP** § | | |
|     **Defendants** § | | |

| | | |
|---|---|---|
| **ALEXAM, INC.** § | | |
|     **Plaintiff** § | | |
| § | | |
| **v.** § | **No. 2:13cv7** | |
| § | | |
| **TOYS "R" US – DELWARE, INC. AND** § | | |
| **TRU-SVC, LLC** § | | |
|     **Defendants** § | | |

| | | |
|---|---|---|
| **ALEXAM, INC.** § | | |
|     **Plaintiff** § | | |
| § | | |
| **v.** § | **No. 2:13cv8** | |
| § | | |
| **THE HOME DEPOT, U.S.A., INC. AND** § | | |
| **HOME DEPOT INCENTIVES, INC.** § | | |
|     **Defendants** § | | |

### ORDER REGARDING FILING/DOCKETING IN CONSOLIDATED TRIAL

The above-referenced causes of action have been referred to the undersigned for pre-trial purposes in accordance with 28 U.S.C. § 636. On February 25, 2013, the Court granted Alexsam's request for a consolidated trial on the issues of validity and enforceability. The

consolidated trial is scheduled for jury selection April 29, 2013. From this point forward, all filings regarding the consolidated trial on validity and enforceability shall be filed only in the *Best Buy* case (Cause No. 2:13cv2). For ease of reference, the Court will docket in each individual case all orders pertaining to the consolidated trial.

**IT IS SO ORDERED.**

**SIGNED this 19th day of March, 2013.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE