# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ALEXSAM, INC.,<br>　　　*Plaintiff*,<br>　　v.<br><br>BEST BUY STORES L.P.,<br>　　　*Defendants*. | § § § § § § § § § | Case No. 2:13-cv-0002-MHS-CMC |
| ALEXSAM, INC.,<br>　　　*Plaintiff*,<br>　　v.<br><br>BARNES & NOBLE, INC. AND BARNES &<br>NOBLE MARKETING SERVICES CORP.,<br>　　　*Defendants*. | § § § § § § § § § § § | Case No. 2:13-cv-0003-MHS-CMC |
| ALEXSAM, INC.,<br>　　　*Plaintiff*,<br><br>　　v.<br><br>THE GAP, INC. AND<br>DIRECT CONSUMER SERVICES, LLC,<br>　　　*Defendants*. | § § § § § § § § § | Case No. 2:13-cv-0004-MHS-CMC |
| ALEXSAM, INC.<br>　　　*Plaintiff*,<br><br>　　v.<br><br>J.C. PENNEY COMPANY, INC. AND<br>J.C. PENNEY CORPORATION<br>　　　*Defendants*. | § § § § § § § § § § | Case No. 2:13-cv-0005-MHS-CMC |

83779333.1

| | | |
|---|---|---|
| ALEXSAM, INC. <br>     *Plaintiff*, <br><br> v. <br><br> MCDONALD'S CORPORATION AND <br> P2W, INC. NFP <br>     *Defendants*. | § § § § § § § § § § | Case No. 2:13-cv-0006-MHS-CMC |
| ALEXSAM, INC., <br>     *Plaintiff*, <br><br> v. <br><br> TOYS "R" US—DELAWARE, INC. AND <br> TRU-SVC, LLC, <br>     *Defendants*. | § § § § § § § § § § | Case No. 2:13-cv-0007-MHS-CMC |
| ALEXSAM, INC., <br>     *Plaintiff*, <br><br> v. <br><br> HOME DEPOT USA, INC. and <br> HOME DEPOT INCENTIVES, INC., <br>     *Defendants*. | § § § § § § § § § § | Case No. 2:13-cv-0008-MHS-CMC |

**DEFENDANTS' SUPPLEMENTAL NOTICE OF SUMMARY JUDGMENT AND**
***DAUBERT* FILINGS RELEVANT TO INVALIDITY AND INEQUITABLE CONDUCT**

Pursuant to the Court's Order dated February 25, 2013, on February 28, 2013 the parties filed a Joint Notice of Summary Judgment and *Daubert* Filings Relevant to Invalidity and Inequitable Conduct. (*See, e.g.* 2:13-cv-2 Dkt. No. 62.)  Plaintiff Alexsam, Inc. and Defendants Best Buy Stores, L.P., Barnes & Noble, Inc., Barnes & Noble Marketing Services Corp., The Gap, Inc., Direct Consumer Services, LLC, J.C. Penney Company, Inc., J. C. Penney Corporation, Inc., McDonald's Corporation, P2W, Inc. NFP, Toys "R" Us — Delaware, Inc., TRU-SVC, LLC, Home Depot USA, Inc., and Home Depot Incentives, Inc. (collectively, "Defendants") held a meet and confer on March 15, 2013, during which it became apparent to Defendants that the following *Daubert* motions are also applicable to the consolidated invalidity and enforceability trial.

(1)    Best Buy Stores, L.P.'s *Daubert* Motion to Exclude the Opinions of Plaintiff Alexsam, Inc.'s Expert Witness of Damages, James McGovern (2:13-cv-2 Dkt. No. 18).

(2)    Motion to Exclude the Opinions of James L. McGovern (filed in each of the six cases against Barnes & Noble, Inc., Barnes & Noble Marketing Services Corp., The Gap, Inc., Direct Consumer Services, LLC, J.C. Penney Company, Inc., J. C. Penney Corporation, Inc., McDonald's Corporation, P2W, Inc. NFP, Toys "R" Us — Delaware, Inc., TRU-SVC, LLC, Home Depot USA, Inc., and Home Depot Incentives, Inc.) (2:13-cv-3 Dkt. No. 20; 2:13-cv-4 Dkt. No. 21; 2:13-cv-5 Dkt. No. Dkt. No. 23; 2:13-cv-6 Dkt. No. 22; 2:13-cv-7 Dkt. No. 22; 2:13-cv-8 Dkt. No. 22).

Alexsam's witness list, exchanged on March 8, 2013, identified Mr. McGovern, its damages expert, as a witness that it will potentially call at the invalidity and enforceability trial. During the March 15 meet and confer, Defendants inquired as to the basis for Mr. McGovern's testimony, and requested that Alexsam withdraw Mr. McGovern as a potential witness for the

invalidity and enforceability trial.  Alexsam refused to withdraw Mr. McGovern, explaining that it may call Mr. McGovern to testify regarding topics related to invalidity and obviousness, including the purported benefits of the claimed invention.  Thus, while the Defendants also filed a Motion *in Limine* to exclude Mr. McGovern's testimony at the invalidity and enforceability trial, Defendants believe the above listed *Daubert* motions should also be considered by the Court prior to that trial.  Indeed, Defendants have moved to exclude Mr. McGovern's opinions in their entirety.  If such motions are granted, Mr. McGovern should be precluded from testifying at all in this case.

After Alexsam refused to withdraw Mr. McGovern, Defendants provided Alexsam with a copy of a draft of the instant notice and inquired as to whether Alexsam would consent to filing it jointly. Alexsam refused to join in the filing as drafted and indicated it disagrees with Defendants' position that the above listed motions are relevant to the invalidity and enforceability trial.

83779333.1

| | |
|---|---|
| Dated: March 20, 2013 | /s/ *John K. Harting* |

              Emmett J. McMahon (*pro hac vice*)
              Nicole E. Kopinski (*pro hac vice*)
              John K. Harting (*pro hac vice*)
              ROBINS, KAPLAN, MILLER, & CIRESI LLP
              2800 LaSalle Plaza
              800 LaSalle Avenue
              Minneapolis, MN 55402
              Telephone: (612) 349–8500
              Facsimile: (612) 339–4181
              EJMcMahon@rkmc.com
              NEKopinski@rkmc.com
              JKHarting@rkmc.com

              Robin L. McGrath (*pro hac vice*)
              David S. Moreland (*pro hac vice*)
              E Joseph Benz, III (*pro hac vice*)
              PAUL HASTINGS LLP
              1170 Peachtree Street, N.E., Suite 100
              Atlanta, GA 30309
              Telephone: (404) 815–2400
              Facsimile: (404) 815–2424
              robinmcgrath@paulhastings.com
              davidmoreland@paulhastings.com
              joebenz@paulhastings.com

              Peter J. Armenio (*pro hac vice*)
              Matthew D. Robson (*pro hac vice*)
              Sung Hoon Kim (*pro hac vice*)
              QUINN EMANUEL URQUHART & SULLIVAN, LLP
              51 Madison Avenue, 22nd Floor
              New York, NY 10010
              Telephone: (212) 849–7000
              Facsimile: (212) 849–7100
              peterarmenio@quinnemanuel.com
              matthewrobson@quinnemanuel.com
              sungkim@quinnemanuel.com

              Rickey L. Faulkner
              Texas State Bar No. 06857095
              COGHLAN CROWSON, LLP
              P.O. Box 2665
              Longview, TX 75606
              Telephone: (903) 758–5543
              Facsimile: (903) 753–6989
              rfaulkner@ccfww.com

              ***Attorneys for Defendant Best Buy Stores, L.P.***

83779333.1

 /s/ *Roy William Sigler*
Alan M. Fisch
Jason Hoffman
Jeffrey Saltman
Roy William Sigler
Fisch Hoffman Sigler LLP
5335 Wisconsin Avenue NW, 8th Floor
Washington, DC 20015
Telephone: 202.362.3520
Email: alan.fisch@fischllp.com
Email: bill.sigler@ fischllp.com
Email: jason.hoffman@ fischllp.com
Email: jeffrey.saltman@ fischllp.com

Michael Charles Smith
Siebman Burg Phillips & Smith, LLP – Marshall
P.O. Box 1556
Marshall, Texas 75671-1556
Telephone: 903.938.8900
Facsimile: 972.767.4620
Email: michaelsmith@siebman.com

*Counsel for Barnes & Noble, Inc., Barnes & Noble Marketing Services Corp., The Gap, Inc., Direct Consumer Services, LLC, J.C. Penney Co., Inc., J.C. Penney Corp., McDonald's Corp., P2W Inc., NFP, Toys "R" Us—Delaware, Inc., TRU-SVC, LLC, The Home Depot, U.S.A., Inc., and Home Depot Incentives, Inc.*

83779333.1

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 20, 2013.  Any other counsel of record will be served by first class mail.

/s/ *John K. Harting*
John K. Harting
*Attorney for Defendant Best Buy Stores, L.P.*

83779333.1