# United States District Court
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| ALEXSAM, INC. | § | |
| | § | |
| v. | § | Cause No. 2:13-cv-2 |
| | § | |
| BEST BUY STORES LP | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATE MAGISTRATE JUDGE

The above-entitled and numbered civil actions were heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such actions has been presented for consideration. Alexsam, Inc. filed objections to the Magistrate Judge's Report and Recommendation regarding Alexsam's motion for partial summary judgment dismissing affirmative defense alleging the "WorldDial System" is invalidating anticipatory prior art.

The Court conducted a *de novo* review of the Magistrate Judge's findings and conclusions. Alexsam's objections are without merit. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is hereby **ORDERED** that Alexsam's Objections to the Court's Report and Recommendation Regarding Alexsam's Motion for Partial Summary Judgment Dismissing Affirmative Defense Alleging the "WorldDial System" is Invalidating Anticipatory Prior Art (Doc. No. 154) are **DENIED**.

It is SO ORDERED.

SIGNED this 26th day of April, 2013.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE