# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **ALEXAM, INC.** <br>    Plaintiff <br><br> v. <br><br> **BEST BUY STORES L.P.** <br>    Defendant | § § § § § § § | No. 2:13cv2 <br> (Pretrial conference May 15 at 10:00 a.m.) |
| **ALEXAM, INC.** <br>    Plaintiff <br><br> v. <br><br> **BARNES & NOBLE, INC. AND BARNES & NOBLE MARKETING SERVICES, LLC** <br>    Defendants | § § § § § § § § § | No. 2:13cv3 <br> (Pretrial conference May 16 at 9:00 a.m.) |
| **ALEXAM, INC.** <br>    Plaintiff <br><br> v. <br><br> **THE GAP, INC. AND DIRECT CONSUMER SERVICES, LLC** <br>    Defendants | § § § § § § § § | No. 2:13cv4 <br> (Pretrial conference May 16 at 2:00 p.m.) |

## ORDER REGARDING MAY 15-16 PRETRIAL CONFERENCES

The Court currently has scheduled in Texarkana pretrial conferences as noted above. At their respective conferences, the parties can expect the Court to address the motions in limine, jury selection, and trial procedures. The Court will also consider any objections to the exhibits and deposition designations.

The parties shall engage in meaningful discussions regarding limiting the objections to exhibits and to deposition designations. On or before May 13, 2013, at 5:00 p.m., the parties shall provide the Court a notebook containing a description of the remaining objections to the contested exhibits. Where possible, the parties shall group the exhibits into broad categories so that objections to the exhibits may be argued as to certain groups. The contested exhibits must be available for review at the final pretrial conferences to assist the Court in ruling.

Also on or before May 13, 2013, at 5:00 p.m., the parties shall provide the Court a separate notebook, containing the objected to deposition designations. The notebook shall be organized in such a manner as to allow the Court to be able to rapidly read the deposition designations as well as the basis for the parties' objections.

The parties in Cause No. 2:13cv2 are put on notice that following the Court's rulings on the objections, the parties are expected to finalize their trial exhibits based on the Court's rulings on the admissibility of the exhibits and to transport the finalized set of exhibits to Marshall for trial May 20, 2013.

In the event the parties in Cause No. 2:13cv2 settle their claims prior to May 20, the parties in Cause Nos. 2:13cv3 and/or 2:13cv4 are advised they should be prepared to proceed to trial May 20.

**It is SO ORDERED.**

**SIGNED this 3rd day of May, 2013.**

*Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE