**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ALEXSAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEST BUY STORES, L.P., <br><br> Defendant. | Civil Action No. 2:13-cv-00002-MHS-CMC <br><br> The Honorable Michael H. Schneider <br><br> Magistrate Judge Caroline M. Craven |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Alexsam, Inc. and Defendant Best Buy Stores, L.P. hereby notify the Court that they have reached agreement of settlement of this case, which terms have been memorialized in a written Memorandum Of Understanding. The parties expect to submit a motion and proposed order of dismissal with prejudice upon completing and executing a formal settlement agreement.

<table>
<tr><td>

/s/Timothy P. Maloney
Timothy P. Maloney (IL No. 6216483)
Alison Aubry Richards (IL No. 6285669)
Nicole L. Little (IL No. 6297047)
FITCH, EVEN, TABIN & FLANNERY LLP
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone:   (312) 577-7000
Facsimile:   (312) 577-7007
Email:   tpmalo@fitcheven.com
Email:   arichards@fitcheven.com
Email:   nlittle@fitcheven.com

Steven C. Schroer (IL No. 6250991)
FITCH, EVEN, TABIN & FLANNERY LLP
1942 Broadway, Suite 213
Boulder, Colorado 80302
Telephone:   (303) 402-6966

</td><td>

/s/Emmett J. McMahon (with permission)
John K. Harting
Nicole E. Kopinski
Emmett J. McMahon
Martin R. Lueck
ROBINS KAPLAN MILLER & CIRESI LLP
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, Minnesota 55402-2015
Telephone: 612.349.8500
Facsimile: 612.339.4181
Email: jkharting@rkmc.com
Email: nekopinski@rkmc.com
Email: ejmcmahon@rkmc.com
Email: mrlueck@rkmc.com

Edward Joseph Benz III
Robin L. McGrath

</td></tr>
</table>

| | |
|---|---|
| Facsimile:    (303) 402-6970<br>Email:    scschr@fitcheven.com | David S. Moreland<br>PAUL HASTINGS LLP – ATLANTA<br>1170 Peachtree St, NE, Suite 100 |
| Harry L. Gillam, Jr.<br>Texas State Bar No. 07921800<br>Melissa Richards Smith<br>Texas State Bar No. 24001351<br>GILLAM & SMITH, L.L.P.<br>303 S. Washington Avenue<br>Marshall, Texas  75670<br>Telephone: (903) 934-8450<br>Facsimile:  (903) 934-9257<br>Email:    melissa@gillamsmithlaw.com<br>Email:    gil@gillamsmithlaw.com | Atlanta, GA 30309<br>Telephone: 404.815.2400<br>Facsimile: 404.685.5243<br>Email: joebenz@paulhastings.com<br>Email: robinmcgrath@paulhastings.com<br>Email: davidmoreland@paulhastings.com<br><br>Peter J. Armenio<br>Matthew D. Robson<br>Sung Hoon Kim<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>Telephone: 212.849.7000<br>Facsimile: 212.849.7100<br>Email: peterarmenio@quinnemanuel.com<br>Email: matthewrobson@quinnemanuel.com<br>Email: sungkim@quinnemanuel.com |
| | Rickey L. Faulkner<br>COGHLAN CROWSON, LLP<br>P.O. Box 2665<br>Longview, Texas 75606-3367<br>Telephone: 903.375.5543<br>Facsimile: 903.375.6989<br>Email: rfaulkner@ccfww.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 16, 2013.  Any other counsel of record will be served by first class mail.

/s/Timothy P. Maloney
*Attorney for Plaintiff, Alexsam, Inc.*