# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ALEXSAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEST BUY STORES, L.P., <br><br> Defendant. | Civil Action No. 2:13-cv-00002-MHS-CMC <br><br> The Honorable Michael H. Schneider <br> Magistrate Judge Caroline M. Craven |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Alexsam, Inc. ("Alexsam") and Best Buy Stores, L.P., ("Best Buy") hereby stipulate and agree that Alexsam will hereby dismiss with prejudice all of its claims that were or could have been asserted against Best Buy in this proceeding, and that Best Buy will hereby dismiss with prejudice all of its counterclaims that were or could have been asserted against Alexsam in this proceeding, pursuant to Fed. R. Civ. P. 41. This dismissal with prejudice extends only to Alexsam and Best Buy, and not to other parties in this suit, other parties in actual or alleged privity with Alexsam or Best Buy, or any third parties.

Alexsam and Best Buy further stipulate that each party shall bear its own costs and attorneys' fees.

Executed on:  June 12, 2013

| | |
|---|---|
| /s/Timothy P. Maloney | /s/Emmett J. McMahon |
| Timothy P. Maloney (IL No. 6216483) | John K. Harting |
| Alison Aubry Richards (IL No. 6285669) | Nicole E. Kopinski |
| Nicole L. Little (IL No. 6297047) | Emmett J. McMahon |
| FITCH, EVEN, TABIN & FLANNERY LLP | Martin R. Lueck |
| 120 South LaSalle Street, Suite 1600 | ROBINS KAPLAN MILLER & CIRESI LLP |
| Chicago, Illinois 60603 | 800 LaSalle Avenue |
| Telephone: (312) 577-7000 | 2800 LaSalle Plaza |
| Facsimile:  (312) 577-7007 | Minneapolis, Minnesota 55402-2015 |
| Email: tpmalo@fitcheven.com | Telephone: 612.349.8500 |
| Email: arichards@fitcheven.com | Facsimile: 612.339.4181 |
| Email: nlittle@fitcheven.com | Email: jkharting@rkmc.com |
| | Email: nekopinski@rkmc.com |
| Steven C. Schroer (IL No. 6250991) | Email: ejmcmahon@rkmc.com |
| FITCH, EVEN, TABIN & FLANNERY LLP | Email: mrlueck@rkmc.com |
| 1942 Broadway, Suite 213 | |
| Boulder, Colorado 80302 | Edward Joseph Benz III |
| Telephone: (303) 402-6966 | Robin L. McGrath |
| Facsimile:  (303) 402-6970 | David S. Moreland |
| Email:  scschr@fitcheven.com | PAUL HASTINGS LLP – ATLANTA |
| | 1170 Peachtree St, NE, Suite 100 |
| Harry L. Gillam, Jr. | Atlanta, GA 30309 |
| Texas State Bar No. 07921800 | Telephone: 404.815.2400 |
| Melissa Richards Smith | Facsimile: 404.685.5243 |
| Texas State Bar No. 24001351 | Email: joebenz@paulhastings.com |
| GILLAM & SMITH, L.L.P. | Email: robinmcgrath@paulhastings.com |
| 303 S. Washington Avenue | Email: davidmoreland@paulhastings.com |
| Marshall, Texas  75670 | |
| Telephone: (903) 934-8450 | Peter J. Armenio |
| Facsimile:  (903) 934-9257 | Matthew D. Robson |
| Email: gil@gillamsmithlaw.com | Sung Hoon Kim |
| Email: melissa@gillamsmithlaw.com | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 51 Madison Ave., 22nd Floor |
| *Counsel for Plaintiff* | New York, NY 10010 |
| | Telephone: 212.849.7000 |
| | Facsimile: 212.849.7100 |
| | Email: peterarmenio@quinnemanuel.com |
| | Email: matthewrobson@quinnemanuel.com |
| | Email: sungkim@quinnemanuel.com |

        Rickey L. Faulkner
        COGHLAN CROWSON, LLP
        P.O. Box 2665
        Longview, Texas 75606-3367
        Telephone: 903.375.5543
        Facsimile: 903.375.6989
        Email: rfaulkner@ccfww.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 12, 2013. Any other counsel of record will be served by first class mail.

/s/Alison Aubry Richards
*Attorney for Plaintiff, Alexsam, Inc.*