# United States District Court
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| ALEXSAM, INC. | § | |
| | § | |
| v. | § | Cause No. 2:13-cv-2 |
| | § | |
| BEST BUY STORES, L.P. | § | |

## FINAL JUDGMENT

In accordance with the Court's Order of Dismissal with Prejudice, it is hereby

**ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

SIGNED this 13th day of June, 2013.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE